UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action
No: 05-11334-WGY

JOSEPH DELONG
Petitioner

v.

BERNARD BRADY
Respondent

## ORDER

YOUNG, C.J.

      Pursuant to Rule 4 of the Rules Governing Section 2254 cases, the Clerk of this Court is hereby ordered to serve a copy of the Petition for Writ of Habeas Corpus by mailing copies of the same, certified mail, to the Respondent and the Attorney General for the Commonwealth of Massachusetts.
      It is further ordered that the Respondent shall, within 20 days of the receipt of this Order, file and answer (or other proper responsive pleading) to the Petition for Writ of Habeas Corpus.
      This Court further requests the Respondent, as part of the return, to file such documents which reflect on issue as to whether Petitioner(s) exhausted available state remedies with respect to the matters raised by the Petition.

By the Court,

/s/ Marie Bell
Deputy Clerk

July 12, 2005