UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOSEPH DELONG, | ) |
| Petitioner, | ) |
| v. | ) Civil Action No. 05-11334-WGY |
| BERNARD BRADY, | ) |
| Respondent. | ) |

**MOTION FOR ENLARGEMENT OF TIME TO FILE RESPONSIVE PLEADINGS TO PETITION FOR WRIT OF HABEAS CORPUS**

The respondent hereby respectfully requests that this Court grant him an enlargement of time within which he must file an answer or motion to dismiss the petition for a writ of habeas corpus for a period of forty-five days, up to and including September 16, 2005. In support of the motion, the respondent states that, pursuant to this Court's order, an answer or other responsive pleading is currently due to be filed by August 2, 2005. The undersigned assistant attorney general is still awaiting receipt of the state materials concerning the petitioner's conviction, which are necessary for counsel to review before determining if the petitioner's claims are properly exhuasted[1] and formulating an appropriate response to the petition.

---

[1] In his habeas petition, the petitioner appears to admit that certain of his claims are not exhausted. *See* Habeas Petition, ¶ 13. However, in the interests of clarity and finality, the respondent will make any motion to dismiss after reviewing and submitting the relevant materials bearing on exhaustion, rather than moving to dismiss based solely on the pleadings.

WHEREFORE, the respondent respectfully requests that this Court grant him until September 16, 2005, to file a responsive pleading to the petition for writ of habeas corpus.

Respectfully submitted,

BERNARD BRADY,

By his attorney,

THOMAS F. REILLY
ATTORNEY GENERAL


/s/ Maura D. McLaughlin
Maura D. McLaughlin
Assistant Attorney General
Criminal Bureau
One Ashburton Place
Boston, Massachusetts 02108
(617) 727-2200 ext. 2857
BBO No. 634923

Dated: July 27, 2005

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the petitioner, Joseph DeLong, on July 27, 2005, by depositing the copy in the office depository for collection and delivery by first-class mail, postage pre-paid, to him as follows: Joseph DeLong, Old Colony Correctional Center, 1 Administration Road, Bridgewater, Massachusetts  02324.

/s/ Maura D. McLaughlin
Maura D. McLaughlin