**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |  |
|---|---|---|
| JOSEPH DELONG, | ) | |
| Petitioner, | ) | |
| v. | ) | Civil Action No. 05-11334-WGY |
| BERNARD BRADY, | ) | |
| Respondent. | ) | |

**RESPONDENT'S MOTION FOR LEAVE TO DISPENSE WITH**
**THE CONFERENCE REQUIREMENT OF LOCAL RULE 7.1**

Respondent Bernard Brady moves that he be permitted to file the accompanying Motion for Enlargement of Time to File Responsive Pleadings and any future motions without counsel first conferring with petitioner, as Local Rule 7.1(A)(2) requires.  In support thereof, respondent states that petitioner is currently incarcerated at the Old Colony Correctional Center, in the care of the Massachusetts Department of Corrections, and is not represented by counsel, rendering pre-filing conference impracticable.

For this reason, respondent requests that he be granted leave to dispense with the pre-filing conference required by L.R. 7.1(A)(2), and that he be permitted to file the accompanying Motion for Enlargement of Time to File Responsive Pleadings and any future motions in this action without first conferring with petitioner.

Respectfully submitted,

BERNARD BRADY,

By his attorney,

THOMAS F. REILLY
ATTORNEY GENERAL


/s/ Maura D. McLaughlin
Maura D. McLaughlin
Assistant Attorney General
Criminal Bureau
One Ashburton Place
Boston, Massachusetts 02108
(617) 727-2200 ext. 2857
BBO No. 634923

Dated: July 27, 2005


**CERTIFICATE OF SERVICE**

     I hereby certify that a true copy of the above document was served upon the petitioner, Joseph DeLong, on July 27, 2005, by depositing the copy in the office depository for collection and delivery by first-class mail, postage pre-paid, to him as follows: Joseph DeLong, Old Colony Correctional Center, 1 Administration Road, Bridgewater, Massachusetts  02324.


/s/ Maura D. McLaughlin
Maura D. McLaughlin