UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| JOSEPH DELONG, | ) | |
| Petitioner, | ) | |
| v. | ) | Civil Action No. 05-11334-WGY |
| BERNARD BRADY, | ) | |
| Respondent. | ) | |

**NOTICE OF WITHDRAWAL OF
MOTIONS FOR ENLARGEMENT OF TIME AND FOR LEAVE
TO DISPENSE WITH THE CONFERENCE REQUIREMENT OF LOCAL RULE 7.1**

In light of this Court's order of July 14, 2005, which administratively closed the above-captioned case, the respondent hereby gives notice of withdrawal of his Motion for Enlargement of Time (Docket Entry #3) and his Motion to Dispense with the Conference Requirement of Local Rule 7.1 (Docket Entry #4). The respondent also withdraws the Certificate of Service on each of the aforementioned motions, as they will not be served on the petitioner (since they are withdrawn).

Respectfully submitted,

BERNARD BRADY,

By his attorney,

THOMAS F. REILLY
ATTORNEY GENERAL


/s/ Maura D. McLaughlin
Maura D. McLaughlin
Assistant Attorney General
Criminal Bureau
One Ashburton Place
Boston, Massachusetts 02108
(617) 727-2200 ext. 2857
BBO No. 634923

Dated: July 27, 2005