Joseph DeLong
Old Colony Correctional Center
One Administration Road
Bridgewater, MA 02324

August 29, 2005

Anthony Anastas, Clerk
United STates District Court
 for Massachusetts
John JOseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, MA 02110

Re: DeLong v. Brady,
    U.S.D.C. Civ. No. 05-cv-11334

Mr. Anastas:

   I write to request clarification regarding two "notice[s] of electronic filing[s]" I received from your office in the above-referenced habeas corpus action.

   According to the material I received, on or about July 12, 2005, the Court (Young, J.) issued an order that my habeas application was a mixed petition. Judge Young further ordered my application served but administratively closed my case until the unexhausted claims were either dropped, or I notify the court within 30 days of final action in the state courts regarding those claims whereupon I could move to reopen this action. (See copy of notice, 7/12/05). Thereafter, on or about July 28, 2005, I received a second notice indicating that Judge Young had granted the respondent's motion to withdraw motions filed by Bernard Brady in this case by the Massachusetts Attorney General's Office. Of equal concern, the order contains the phrase, "Warning: Case closed on 07/14/05." (See copy of notice, 7/28/05).

   Since I have not received copies of any filings by the Massachusetts Attorney General's Office in this case, I am at a loss to comprehend the meaning of Judge Young's second order, dated July 28, 2005. Accordingly, it would be extremely helpful if your office could provide me with copies of the said pleadings filed on behalf of the respondent.

   Additionally, please clarify whether I will have to file a "motion" to reopen my case in your court once the state takes final action on my post-conviction motion; or whether I will have to file a new habeas application once my unexhausted claims are resolved in state court.

   Thank you for your time and any information you may be able to provide to me in this matter.

                                            Very truly yours,

Encl's
                                            Joseph DeLong, pro se
cc: file

United States District Court

District of Massachusetts

Notice of Electronic Filing

The following transaction was received from Bell, Marie entered on 7/12/2005 at 3:57 PM EDT and filed on 7/12/2005
Case Name: DeLong v. Brady
Case Number: 1:05-cv-11334
Filer:
Document Number:

Docket Text:
Judge William G. Young : Electronic ORDER entered. re [1] Petition for writ of habeas corpus (28:2254) filed by Joseph DeLong.THIS IS A MIXED PETITION AS IT RAISES GROUNDS NOT YET EXHAUSTD IN THE COURTS OF THE COMMONWEALTH. IT IS, THEREFORE, ORDERED SERVED BUT ADMINISTRATIVELY CLOSED TO BE REOPENED ONLY IF 1)THE UNEXHAUSTED CLAIMS ARE DROPPED, OR 2) UNEXHAUSTED CLAIMS ARE EXHAUSTED WITHIN THE STATE COURT SYSTEM AND THE PETITIONER, WITHIN 30 DAYS OF BEING NOTIFIED OF FINAL ACTION IN THE STATE COURTS, MOVES TO REOPEN THIS ACTION. cc/cl.(Bell, Marie)

The following document(s) are associated with this transaction:

1:05-cv-11334 Notice will be electronically mailed to:

1:05-cv-11334 Notice will not be electronically mailed to:

Joseph DeLong
W-66401
Old Colony Correctional Center
One Administration road
Bridgewater, MA 02324

Thomas F. Reilly
Attorney General's Office
One Ashburton Place
Room 2019
Boston, MA 02108-1698

United States District Court

District of Massachusetts

Notice of Electronic Filing

The following transaction was received from Bell, Marie entered on 7/28/2005 at 6:49 AM EDT and filed on 7/28/2005
Case Name: DeLong v. Brady
Case Number: 1:05-cv-11334
Filer:
WARNING: CASE CLOSED on 07/14/2005
Document Number:

Docket Text:
Judge William G. Young : Electronic ORDER entered Granting [5] Notice (Other), Notice of Withdrawal of Motions filed by Bernard Brady,, Motions terminated: [3] MOTION for Extension of Time to September 16, 2005 to File Response/Reply to Petition for Writ of Habeas Corpus filed by Bernard Brady,, [4] MOTION to Dispense with the Conference Requirement of Local Rule 7.1 filed by Bernard Brady,. cc/cl.(Bell, Marie)

The following document(s) are associated with this transaction:

1:05-cv-11334 Notice will be electronically mailed to:

Maura D. McLaughlin    maura.mclaughlin@ago.state.ma.us

1:05-cv-11334 Notice will not be electronically mailed to:

Joseph DeLong
W-66401
Old Colony Correctional Center
One Administration road
Bridgewater, MA 02324

Thomas F. Reilly
Attorney General's Office
One Ashburton Place
Room 2019
Boston, MA 02108-1698